# GOLDBERG WEG & MARKUS PLLC

122 West 27th Street, 11th Floor
New York, New York 10001
Tel: (212) 697-3250
Fax: (212) 227-4533

May 29, 2018

**BY ECF**
Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

RE:  16-1064-nhl    Plaintiff Aish Hatorah New York, Inc
      16-41526-ees   Creditor(s) David Bardi and Rachel Siony
      14-72941-las    Creditor Canadian Northern Realty LLC

Hon. Carla E. Craig,

    Pursuant to the provision of the New York State Attorney disciplinary rules Robert L. Rimberg has resigned as a member of the above named law firm and does not appear in the above proceedings or represent any of the parties in the above referenced matters. The firm has, through the other members of the firm and Associates of the firm, continues to represent the clients in the above referenced proceedings.

    In compliance with General Order No. 668, a copy of this letter is hereby filed via ECF.

Respectfully submitted,

Israel Goldberg